# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1359
_____

ROBERT D. WALLACE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce R. Anderson, Jr., Judge.

May 28, 2019

PER CURIAM.

Appellant seeks review of an order denying a motion to correct illegal sentence rendered by filing with the clerk of the lower tribunal on March 5, 2019. Fla. R. App. P. 9.020(h). The notice of appeal, filed on April 5, 2019, failed to invoke the Court's jurisdiction in a timely manner. Fla. R. App. P. 9.140(b)(3). Accordingly, the appeal is dismissed. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert D. Wallace, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.